AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| MICHAEL BOATMAN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-01248-JES-JEH |
| PEORIA AREA ASSOCIATION OF REALTORS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEORIA AREA ASSOCIATION OF REALTORS.

Date: 09/29/2020

/s/ Matthew W. Casey
*Attorney's signature*

Matthew W. Casey, #6299254
*Printed name and bar number*
Walker Wilcox Matousek LLP
One N. Franklin Street, Suite 3200
Chicago, IL 60606

*Address*

mcasey@walkerwilcox.com
*E-mail address*

(312) 244-6700
*Telephone number*

(312) 244-6800
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL BOATMAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-01248-JES-JEH |
| PEORIA AREA ASSOCIATION OF REALTORS ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  09/29/2020 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 Plaintiff's counsel, Evan A. Andersen and Joel B. Rothman ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Matthew W. Casey
*Attorney's signature*

Matthew W. Casey, #6299254
*Printed name and bar number*

Walker Wilcox Matousek LLP
One N. Franklin Street, Suite 3200
Chicago, IL 60606
*Address*

mcasey@walkerwilcox.com
*E-mail address*

(312) 244-6700
*Telephone number*

(312) 244-6800
*Fax number*