AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | )
|---|---|
| Michael Boatman, | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 20-cv-1248 |
| Peoria Area Association of Realtors, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the **plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* Peoria Area Association of Realtors recover costs from the **plaintiff** *(name)* Michael Boatman.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James E. Shadid on a motion for dismissal for failure to state a claim.

Date: 11/8/2021

s/JES

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*