# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 28, 2022

To:    Shig Yasunaga
       UNITED STATES DISTRICT COURT
       Central District of Illinois
       Peoria, IL 61602-0000

| | |
|---|---|
| No. 21-3181 | MICHAEL BOATMAN,<br>           Plaintiff - Appellant<br><br>v.<br><br>PEORIA AREA ASSOCIATION OF REALTORS,<br>           Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-01248-JES-JEH<br>Central District of Illinois<br>District Judge James E. Shadid | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                F.R.A.P. 42(b)

STATUS OF THE RECORD:                              no record to be returned

form name: **c7_Mandate**     (form ID: 135)