# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 28, 2022

*By the Court*:

|  | MICHAEL BOATMAN,<br>　　　　Plaintiff - Appellant |
|---|---|
| No. 21-3181 | v. |
|  | PEORIA AREA ASSOCIATION OF REALTORS,<br>　　　　Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01248-JES-JEH<br>Central District of Illinois<br>District Judge James E. Shadid ||

Upon consideration of the **NOTICE OF VOLUNTARY DISMISSAL**, filed on March 28, 2022, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**   (form ID: **137**)